Michael A. Guadagno, ISB #9476
E-mail: michael.guadagno@bullivant.com
**BULLIVANT HOUSER BAILEY PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930
Facsimile: 206.386.5130

Attorneys for Mesa Underwriters Specialty Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BIG BAM VAPES, LLC, EVAPORATED TECHNOLOGIES, LLC, and LOGAN CHECKETTS,<br><br>Plaintiff,<br><br>v.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, BIG SKY UNDERWRITERS, a division of HULL AND COMPANY,<br><br>Defendant. | No.: 4:19-cv-00378<br><br>NOTICE OF REMOVAL |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Mesa Underwriters Specialty Insurance Company ("MUSIC") files its Notice of Removal on the following grounds:

**I. PROCEDURAL POSTURE**

1. On September 4, 2019, Plaintiffs Big Bam Vapes, LLC, Evaporated Technologies, LLC, and Logan Checketts named Defendant MUSIC in a civil action filed in Idaho Sixth Judicial District Court in and for Bannock County entitled *Big Bam Vapes, LLC, et al. v. MUSIC, et al.*, Case No. CV03-19-03319 (the "State Court Action").

2. Plaintiffs served the Summons and Complaint on Defendant MUSIC via the Director of the Idaho Department of Insurance on September 9, 2019. This Removal Petition is timely in that it is being filed within 30 days of filing and service of the Summons and Complaint.

## II. GROUNDS FOR REMOVAL

3. Removal is proper because the State Court Action is one over which this Court has original jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332(a).

4. Complete diversity exists because no plaintiff is a citizen of the same state as any defendant.

5. Plaintiffs are Idaho citizens.

   a. Plaintiff Big Bam Vapes, LLP (erroneously designated "Big Bam Vapes, LLC" in the caption of the State Court Action) (hereafter "Big Bam") is an Idaho limited liability partnership. Its partners consist of Down Home Properties, LLC ("Down Home") and the Estate of Steven Price (the "Estate"). Down Home is an Idaho limited liability company with members consisting of Luella Checketts and Logan Checketts, both of whom are individuals domiciled in the State of Idaho. The Estate is deemed a citizen of the state of the decedent. 28 U.S.C. § 1332(c)(2). On information and belief, Steven Price was domiciled in Idaho and therefore the Estate is an Idaho citizen.

   b. Plaintiff Evaporated Technologies, LLC ("Evaporated") is an Idaho limited liability company. Its membership consists of Jeffrey A. Garcia, an individual domiciled in Idaho. The publicly available information does not reveal any other members of Evaporated. On information and belief, MUSIC alleges that all members of Evaporated are Idaho citizens.

   c. Plaintiff Logan Checketts is an individual domiciled in the State of

Idaho.

6. Defendants are citizens of states other than Idaho.

   a. Defendant MUSIC is an Oklahoma corporation with its principal place of business in Horsham, Pennsylvania.  MUSIC is therefore a citizen of the states of Oklahoma and Pennsylvania.  *See* 28 U.S.C. § 1332(c)(1).

   b. Big Sky Underwriters is an assumed business name registered in Montana to Hull & Company, LLC ("Hull & Co.").  Defendant Hull & Co. is a Florida limited liability company.  Based on publicly available documents, the members of Hull & Co. are individuals domiciled in Florida.  On information and belief, no member of Hull & Co. is a citizen of Idaho.

7. The amount in controversy requirement is satisfied because Defendants have a good faith basis to believe that Plaintiffs are seeking damages in excess of $75,000.  A notice of removal may assert the amount in controversy if the initial pleading in the state court action seeks nonmonetary relief or does not demand a specific sum.  28 U.S.C. §§ 1446(c)(2)(a).  The State Court Action is an insurance coverage dispute in which Plaintiffs seek a declaratory judgment that Defendants have "a duty to defend and indemnify Plaintiffs" with respect to an underlying action currently pending in Idaho Sixth Judicial District Court in and for Bannock County entitled *Hall v. Checketts, et al.*, Case No. CV-2017-4676-PI (the "Underlying Action").  Although the State Court Action does not specify a particular sum, the complaint in the Underlying Action demands special damages in the amount of $90,000, plus general damages for alleged "permanent physical impairment and disfigurement, pain and discomfort, [and] mental anguish and impediments," in an amount to be proven at trial.  Plaintiffs in the State Court Action also claim "additional amounts for damages" for their bad faith claim.  As a result, the amount in controversy exceeds $75,000, exclusive of interest or costs.

### III. VENUE IS PROPER

8. Venue is proper in this Court because the State Court Action was filed in this Court's district.  *See* 28 U.S.C. § 1441(a).

### IV. STATE COURT PLEADINGS

9. The following pleadings constitute all of the process, pleadings, and orders received in this action to date: (1) the Complaint and attachments thereto; (2) a Summons issued to MUSIC; and (3) a Summons issued to Hull & Co.  There are no hearings or motions currently pending in the State Court Action.  Pursuant to Local Rule 81.1(a)(1), a true and correct copy of the Register of Actions and the entire record in the State Court Action is attached as Exhibit "A".

10. Defendant MUSIC is currently filing a Notice to State Court of Removal to Federal Court with the Clerk of the Bannock County District Court, in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendant MUSIC gives notice that this action is hereby removed to this Court.

DATED:  October 1, 2019

BULLIVANT HOUSER BAILEY PC


By  */s/ Michael A. Guadagno*
     Michael A. Guadagno, ISB #9476
     E-mail:  michael.guadagno@bullivant.com

Attorneys for Mesa Underwriters Specialty Insurance Company

4829-2729-7959.3

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below:

Blake S. Atkin
ATKIN LAW OFFICES, P.C.
7579 North West Side Highway
Clifton, Idaho 83228
Telephone: (801) 533-0300
FAX: (801) 533-0380
Email: batkin@atkinlawoffices.net

☐ via hand delivery.
☐ via first class mail.
☒ via email
☒ CM/ECF Eservice

*Attorney for Plaintiff*

Dated: October 1, 2019.

*/s/ Elizabeth Pina*
Elizabeth Pina, Legal Assistant